UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-80043-CV-MIDDLEBROOKS

HOWARD COHAN,

    Plaintiff,

v.

WAXIN'S RESTAURANT, LLC,
A Florida Limited Liability Company,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court *sua sponte*. On March 12, 2025, the Clerk of Court entered an entry of default against the Defendant in this case. (DE 9). On March 14, 2025, I set a two-week deadline for Plaintiff to file his Motion for Final Default Judgment. (DE 10). The deadline, March 28, 2025, has now passed. Plaintiff has not filed a motion or sought an extension of time to do so.

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Properties, Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). As such, "[t]he court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order." *Id.* (citing Fed. R. Civ. P. 41(b)). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Court." *Id.* (citation omitted).

Accordingly, it is **ORDERED and ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with my previous Order, and alternatively, for

failure to prosecute. The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 2 day of April 2025.

>                                                              DONALD M. MIDDLEBROOKS
>                                                              UNITED STATES DISTRICT JUDGE

cc:   Waxin's Restaurant, LLC
      C/O Leverage Business Strategy
      4395 Kensington Cir
      Coral Springs, 33076
      Pro Se